NICK ADAMS v. COUNTY OF BROWN.

WILLIAM METZEN v. SAME.[1]

May 15, 1908.

Nos. 15,487, 15,488—(4, 5).

In proceedings for the construction of a public ditch plaintiffs appealed to the district court for Brown county from the awards of the county commissioners, on the ground that the amount awarded them respectively for damages was insufficient. The appeals having been tried, the court, Olsen, J., made findings and ordered judgment in favor of appellant Adams in the sum of $250, and in favor of appellant Metzen in the sum of $450. From these orders, plaintiffs appealed to this court. Affirmed.

*Eckstein & Flor* and *Wm. H. Oppenheimer,* for appellants.

*August Erickson,* County Attorney, for respondent.

PER CURIAM.

These appeals involve the same questions as were presented and determined in Prahl v. County of Brown, supra, page 227, 116 N. W. 483, all of which were submitted together as one case, and the same conclusion is reached. The order appealed from in each case is therefore affirmed.